# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 117 MAL 2017
                                :
    Respondent              :
                                :
                                : Petition for Allowance of Appeal from
                                : the Order of the Superior Court
    v.                      :
                                :
                                :
                                :
LINELL CHARLES JAMES,           :
                                :
    Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.